United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **LIN SHIGUI,** | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01416** |
| | § | |
| **WARDEN D.C, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

# ORDER

On October 28, 2026, Respondents informed the Court that DHS intended to effectuate Petitioner's grant of voluntary departure within five days of the filing of the Advisory. (Dkt. 10.) Respondents are **ORDERED** to submit an advisory **on or before November 30, 2026**, informing the Court whether Petitioner remains detained.

IT IS SO ORDERED.

SIGNED this November 19, 2026.

Diana Saldaña
United States District Judge